**THIS ORDER IS APPROVED.**

Dated: July 23, 2010



*James M. Marlar*
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

1 Kathryn L. Johnson (#19150)
Law Office of Kathryn L. Johnson, PLC
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 facsimile
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| GERALD M. NELSON, | ) | Case No. 4:10-bk-06443-JMM |
| PATRICIA ANN NELSON, | ) | |
| | ) | ORDER APPROVING |
| Debtors. | ) | STIPULATION REGARDING PROOF |
| | ) | OF CLAIM NO. 12 |
| | ) | |

Counsel for both parties have submitted a proposed Stipulation Regarding the Proof of Claim No. 12. Based on the agreement between the parties,

IT IS ORDERED that the Stipulation Regarding Proof of Claim No. 12 is hereby approved.

DATED this __ day of July, 2010.

_____
U.S. Bankruptcy Judge